# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 27 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,                )
                                         )
                        Plaintiff,       )
vs.                                      )          Criminal No.   04-20477-B
                                         )
STEVIE HOPKINS,                          )
                                         )
                        Defendant.       )

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD
## OF EXCLUDABLE DELAY

---

It is hereby ORDERED that the Government's motion to continue the sentencing hearing scheduled Wednesday, September 28, 2005 is hereby GRANTED, and is now reset for _Oct. 27, 2005 at 11:15 a.m._. The time is excluded under the Speedy Trial Act.

IT IS SO ORDERED this the __27__ day of September, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-28-05__

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20477 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT